United States Bankruptcy Court
Middle District of Pennsylvania

In re:
Bruno Ricke Lake
Tracey L. Lake
    Debtors

Case No. 17-05293-RNO
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-5    User: admin    Page 1 of 1    Date Rcvd: Apr 16, 2018
Form ID: fnldecac    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2018.
db/jdb      +Bruno Ricke Lake,    Tracey L. Lake,    117 Ledgewood Drive,    East Stroudsburg, PA 18301-6838

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2018      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2018 at the address(es) listed below:
     James Warmbrodt    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
     John J Martin (Trustee)    pa36@ecfcbis.com, trusteemartin@martin-law.net
     Randall W. Turano    on behalf of Debtor 1 Bruno Ricke Lake rwtura@netscape.net
     Randall W. Turano    on behalf of Debtor 2 Tracey L. Lake rwtura@netscape.net
     United States Trustee    ustpregion03.ha.ecf@usdoj.gov
     TOTAL: 5

**fnldecac** (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Bruno Ricke Lake<br>117 Ledgewood Drive<br>East Stroudsburg, PA 18301 | Chapter 7<br>Case No. 5:17−bk−05293−RNO |
| Tracey L. Lake<br>117 Ledgewood Drive<br>East Stroudsburg, PA 18301 | |

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):
xxx−xx−2166
xxx−xx−7946

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

**John J Martin (Trustee)**

is discharged as trustee of the estate of the above−named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: April 13, 2018

BY THE COURT
By the Court,

*[signature: Robt N. Opel II]*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: AutoDocketer, Deputy Clerk